Lawyers Mortgage Company, Respondent, v. 330 W. 72 Corporation and Others, Defendants, Impleaded with J. H. Taylor Construction Co., Inc.,

Appellant.— Order granting plaintiff's motion for summary judgment and amending the summons and amended complaint, and order denying defendant-appellant's motion for summary judgment on its counterclaim unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J. McAvoy, O'Malley, Townley and Glennon, JJ.